**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

Mark Owen Foster                    Wilkes Laird
Louisiana Appellate Project          AVC - Cajun 2 D2 DOC No. 96019
P. O. Box 2057                      1630 Prison Rd
Natchitoches LA 71457              Cottonport LA 71327


**REHEARING ACTION: April 7, 2010**


**Docket Number: 09   00831-KA**

**STATE OF LOUISIANA
VERSUS
WILKES LAIRD**

**Appealed from Allen Parish Case No. CR20071530**


**BEFORE JUDGES:**

**Hon. Billy Howard Ezell
Hon. J. David Painter
Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Wilkes Laird** has this day been

   **DENIED.**


cc: Hon. James David Caldwell, Counsel for the Appellee
    Terri R. Lacy, Counsel for the Appellee
    Marty L. White, Counsel for the Appellee